**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:98CR199-V**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **ANDREW WILLIAM FERGUSON,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court on Defendant's *pro se* Motion to Terminate Supervised Release, filed August 15, 2005. (Document #30) The U.S. Attorney's Office was served with a copy of Defendant's motion but did not file a response.

In his motion, Defendant seeks early termination of his term of supervised release or, alternatively, a modification of those terms of supervised release based upon rehabilitation. Indeed, the U.S. Probation Department indicates that Defendant Ferguson has satisfied all of the department's criteria for early termination of supervised release.[1] Upon review of the relevant factors, the Court finds that early termination of supervised release is appropriate in this case. 18 U.S.C. §3583(e)(1).

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is hereby **GRANTED**. Accordingly, the Defendant's supervised release term is hereby **TERMINATED**, effective immediately.

---

[1] The supervising officer is U.S. Probation Officer Gregg Henderson.

Signed: January 24, 2006

Richard L. Voorhees
Chief United States District Judge